

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SACR 08-267 |
| v. | |
| Sanders | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _____def_____, IT IS ORDERED that a detention hearing
is set for __Tuesday, 10/28/08__, at _11:00_ ☒a.m. / ☐p.m. before the
Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.

_____(Other custodial officer)_____

Dated: ___10|22|08___

ROBERT N. BLOCK

U.S. District Judge/Magistrate Judge