United States District Court

For The Central District of California

| | |
|---|---|
| United States Of America, | ) Case No.: SA CR 08-00267-CJC |
| Plaintiff, | ) **Order Terminating Supervised Release** |
| v. | ) |
| Marvin Sanders | ) |
| Defendant. | ) |

**Good Cause Having Been Shown, It Is Hereby Ordered** that Mr. Sanders' supervised release be terminated.

Dated: March 11, 2015

Honorable Cormac J. Carney
United States District Judge